# UNITED STATES DISTRICT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

JANE DOE,

        Plaintiff,

    v.

SCHOOL OF THE ART INSTITUTE OF
CHICAGO, JOHN PHILLIPS, LISA
WAINWRIGHT, AMANDA DASILVA,
MICHAEL NICOLAI, and BETH WRIGHT

        Defendants.

No.   18 CV 4240

Judge Andrea R. Wood

Magistrate Judge Daniel G. Martin

## DECLARATION OF HEIDI KARR SLEPER

I, Heidi Karr Sleper, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury and

based on personal knowledge that the following facts are true and correct to the best of my

knowledge, information, and belief:

1.      I am over 18 years of age and am an Illinois licensed attorney with Kurtz Law

Offices, Ltd. ("KLO"). I have personal knowledge of the matters set forth below.

2.      Upon Plaintiff's best known information and belief, Defendant John Phillips

resides at 1742 Haddon Avenue, apartment 5 in Chicago, Illinois.

3.      I emailed counsel for the SAIC Defendants to determine whether the SAIC had

any other information about Defendant Phillips' address.

4.      I emailed Defendant Phillips' previous counsel to determine whether she was

going to continue to represent him and would agree to waive service and accept the

complaint on his behalf. She indicated that she was not representing him and could not

accept service. She also indicated that she did not have any further information regarding his address.

5.      Plaintiff has attempted to obtain personal service upon Defendant Phillips by means of a process server.

6.      According to Mr. Remus's affidavit:

   a.   On July 30, 2018, Mr. Remus went to Mr. Phillips' last known address of 1742 Haddon Avenue in Chicago, Illinois in an attempt to serve him with process in this matter.

   b.   Again on August 3, 2018 Mr. Remus waited in the area of Mr. Phillips' residence for several hours in an attempt to locate and serve Mr. Phillips.

   c.   On August 8 and August 12 of 2018, Mr. Remus waited in the area of Mr. Phillips' residence in an attempt to serve Mr. Phillips and was not able to perfect service of process.

7.      According to the process server, the building in which Mr. Phillips resides is a secure building and requires that visitors be allowed entry or access by one of the residents by means of a buzzer, which unlocks the main, secure door to the building.

8.      I also mailed the complaint and a waiver of service to Defendant Phillips requesting that he waive service. Defendant Phillips did not respond.

9.      I also emailed the complaint and waiver of service to Defendant Phillips at jojohn@earthlink.net requesting that he waive service.

Further declarant sayeth not.

 

Heidi Karr Sleper

Dated: September 12, 2018