AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | Aug 12 2018 |
| NAME OF SERVER (PRINT) Richard L. Remus | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: 

☒ Returned unexecuted: John Phillips 1742 Haddon Ave. Chicago IL

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12 Aug 18
_____
Date

Richard L. Remus
_____
Signature of Server

12825 Carriage Ln. Crestwood IL 60418
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

TO: Karen
From: Richard L. Remus

I have tried 4 times to contact Mr. John Phillips at 1742 Haddon Ave Chicago. Name does not appear on mail or door bells

Monday July 30th went to address at 8am in attempt to gain access to serve Mr. Phillips unable to reach anyone within the building.

Friday Aug. 3rd same results as 30 July except one female voice answered bell, but would not answer door or questions regarding Mr Phillips waited in area from 4pm to 5:30 pm

Wed. Aug 8th set up stake out of 1742 Haddon from 5pm until 7:30pm no activity in or out of Building

Sunday aug 12 arrived at building at 8:30p. Same exercise as 3 previous attempts building dark no lights on inside left stake out at approx. 10:30