THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, | |
| Plaintiff, | |
| v. | No. 18 CV 4240 |
| SCHOOL OF THE ART INSTITUTE OF CHICAGO, JOHN PHILLIPS, LISA WAINWRIGHT, AMANDA DASILVA, MICHAEL NICOLAI, and BETH WRIGHT, | The Honorable Andrea R. Wood |
| Defendants. | |

# EXHIBIT 1

to

## JOHN PHILLIPS'S RESPONSE TO
## PLAINTIFF'S MOTION TO PROCEED ANONYMOUSLY

### FILED UNDER SEAL

Mason N. Floyd (6282874)
Timothy R. Herman (6301721)
Maureen J. Moody (6327343)
CLARK HILL PLC
130 East Randolph Street
Suite 3900
Chicago, Illinois 60601
Telephone (312) 985-5900
E-mail: MFloyd@ClarkHill.com
E-mail: THerman@ClarkHill.com
E-mail: MMoody@ClarkHill.com