UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, | |
| Plaintiff, | |
| v. | No. 18 CV 4240 |
| SCHOOL OF THE ART INSTITUTE OF CHICAGO, *et al.*, | Judge Andrea R. Wood |
| Defendants. | |

## STIPULATION OF DISMISSAL OF CERTAIN DEFENDANTS

Plaintiff, by her attorneys, and pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, and by agreement of all Defendants, hereby voluntarily dismisses Defendants SCHOOL OF THE ART INSTITUTE OF CHICAGO AND JOHN PHILLIPS from this matter with prejudice and with each party to bear her, his, or its own costs and fees.

Dated: April 5, 2019

Respectfully submitted,

| | |
|---|---|
| /s/ Scott L. Warner | /s/ Heidi Karr Sleper |
| Scott L. Warner | Heidi Karr Sleper |
| Scott.Warner@huschblackwell.com | Kurtz Law Offices, LTD. |
| Gwendolyn Morales (#06297233) | 32 Blaine Street |
| Gwendolyn.morales@huschblackwell.com | Hinsdale, IL 60521 |
| Husch Blackwell LLP | Phone: (630) 323-9444 |
| 120 S. Riverside Plaza, Suite 2200 | Fax: (630) 604-9444 |
| Chicago, IL 60606 Email: | hsleper@kurtzlaw.us |
| (312) 526-1633 | Counsel for Plaintiff |
| Counsel for Defendants SAIC, Lisa Wainwright, Beth Wright, Michael Nicolai, and Amanda DaSilva | |

/s/ Mason N. Floyd
Mason N. Floyd
mfloyd@clarkhill.com
Timothy Robert Herman
therman@clarkhill.com
Maureen J. Moody
mmoody@clarkhill.com
Clark Hill PLC
130 E. Randolph St., Suite 3900
Chicago, IL 60601
(312) 360-5032
Counsel for Defendant John Phillips

## **CERTIFICATE OF SERVICE**

I, Heidi Karr Sleper, an attorney, hereby certify that I caused the foregoing document to be served upon the following counsel of record, via electronic notification by the Court's CM/ECF system on April 5, 2019.

| | |
|---|---|
| Scott Warner | Scott.Warner@Huschblackwell.com |
| Gwendolyn Morales | Gwendolyn.morales@huschblackwell.com |
| Mason Floyd | mfloyd@clarkhill.com |
| Timothy R. Herman | THerman@ClarkHill.com |
| Maureen J. Moody | MMoody@ClarkHill.com |

                                        *s/Heidi Karr Sleper*
By: _____
                              Heidi Karr Sleper